UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:24-CV-00490-BO-BM

PRIMERICA LIFE INSURANCE COMPANY,

    Plaintiff,

v.

DEBORAH TANNER, DAVID L. TANNER, JR., REGINALD TANNER, ANGELINA TANNER, MICHAEL TANNER, BELLA TANNER, ANTONIA TANNER, MCKAYLA D. SEALES, CJW, a minor, CP, a minor, and IMT, a minor,

    Defendants.

DEBORAH TANNER,

    Third-Party Plaintiff,

v.

ROSALENE TANNER, LALESHKA L. TANNER, VIANCA A. TANNER, DEVANNA C. SANDERS, and EMMA J. SANDERS,

    Third-Party Defendants.

**ORDER GRANTING MOTION**

Upon Defendant, McKayla D. Seales' MOTION TO SET ASIDE THE DEFAULT, the motion is hereby GRANTED.

This __24__ day of July 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE